**Diana K. Carey, Attorney for Trustee, Defendant—Appellee.**

**No. 03–35477.**

**D.C. No. CV–02–02043–MJP.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Jan. 13, 2005.

Linda L. Fogh, Issaquah, WA, pro se.

Diana Kay Carey, Esq., pro se.

Karr Tuttle Campbell, Seattle, WA, for Defendant–Appellee.

Before: GOODWIN, WALLACE, and TROTT, Circuit Judges.

MEMORANDUM **

Linda L. Fogh appeals pro se the district court's judgment affirming the bankruptcy court's award of attorneys fees and costs to the defendant. We have jurisdiction pursuant to 28 U.S.C. § 158(d) and 28 U.S.C. § 1291. We review de novo, *In re Saxman,* 325 F.3d 1168, 1172 (9th Cir. 2003), and must uphold the bankruptcy court's award of attorneys fees and costs unless the court abused its discretion or erroneously applied the law, *In re Smith,*

317 F.3d 918, 923 (9th Cir.2002). We affirm.

Insofar as Fogh's contentions are decipherable, she argues attorneys fees are not appropriate because the underlying judgments are void. We have considered and rejected these contentions. *See Fogh v. MacLean,* No. 01–35256, (9th Cir.2002).

The bankruptcy court did not abuse its discretion in awarding fees and costs to defendant, as the court properly considered all the relevant factors, and found the award to be reasonable and necessary. *See* 11 U.S.C. § 330(a)(3)(A-E).

AFFIRMED.

**Juan Florencio VIZCARRA BOJORQUEZ; et al., Petitioners,**

**v.**

**John ASHCROFT, Attorney General, Respondent.**

**No. 03–73280.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Jan. 13, 2005.

Annaluisa Padilla, Esq., Downey, CA, for Petitioners.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Regional Counsel, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, San Francisco, CA, David M. McConnell, Jeffrey A. Wadsworth, Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and TROTT, Circuit Judges.

## MEMORANDUM [**]

Juan Florencio Vizcarra Bojorquez, Veronica Campos Ibarra, and Guadalupe Lizzeth Campos Ibarra, natives and citizens of Mexico, petition for review of an order of the Board of Immigration Appeal' ("BIA") summarily affirming an immigration judge's ("IJ") denial of their applications for cancellation of removal. We vacate and remand.

The IJ denied the applications on two independent grounds: (1) that Juan Vizcarra Bojorquez and Veronica Campos Ibarra failed to establish that they were physically present in the United States for a continuous period of not less than ten years immediately preceding the date of their applications; and (2) that they failed to establish that their removal would result in exceptional or extremely unusual hardship to their two United States citizen children.

We have jurisdiction to review whether an alien has met the continuous physical presence requirement, *Falcon Carriche v. Ashcroft*, 350 F.3d 845, 853 (9th Cir.2003), but we do not have jurisdiction to review whether an alien has satisfied the hardship requirement, which rests in the discretion of the agency. 8 U.S.C. § 1252(a)(2)(B)(i); *Romero–Torres v. Ashcroft*, 327 F.3d 887 (9th Cir.2003).

Because the BIA affirmed without opinion, we have no way of knowing on which ground or grounds the BIA affirmed, and in turn whether we have jurisdiction to review the BIA's decision. *Lanza v. Ashcroft*, 389 F.3d 917, 919 (9th Cir.2004). Accordingly, we vacate the BIA's decision and remand with instructions to clarify the grounds for its affirmance of the IJ's denial of the applications for cancellation of removal. *Id.* at 932 (9th Cir. Nov. 22, 2004).

VACATED and REMANDED.

---

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

